# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

v.                          CRIMINAL NO. 2004-10336-NMG-07

CARLOS SANCHEZ,
      Defendant.

## *REPORT AND RECOMMENDATION ON MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 (# 527) AND GOVERNMENT'S...REQUEST FOR SUMMARY DISMISSAL (# 550)*

COLLINGS, U.S.M.J.

### I. Introduction

Petitioner/defendant Carlos Sanchez ("Sanchez" or "the petitioner") seeks to vacate his sentence pursuant to 28 U.S.C. § 2255 on the grounds of ineffective assistance of counsel at sentencing. In particular, Sanchez claims

*After consideration of defendants' objection thereto (Docket No. 567), Report and Recommendation is accepted and adopted (See David v. United States, 134 F.3d 470, 478 (1st Cir. 1998)).*

*S/NMGorton, USDJ 8/9/11*